RECEIVED
CLERK'S OFFICE
2014 OCT 29 AM 10: 44
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF GEORGIA___Macon____DIVISION

Plaintiff: Erica Taylor :

5:14-CV-385

Vs

Defendant: Forsyth County Sheriff Dept

Complaint

On May 23, 2014, I was traveling on Ga 400 North. Then I proceeded to get

off the highway due to being heavily followed by a cop car. I made a u-turn

and proceeded back down GA 400 South. I pulled over to see why the cop

car was following me. I was asked to step out of my vehicle, to sit on top of

the police car then handcuffed and placed in the back of a police car; while

the officers searched my vehicle against my wishes and with out my

permission. I sat in back of the police car for over an hour and was then

released.

Plantiff: Erica Taylor
121 Margie Drive Apt 106
Warner Robins, GA 31093

Defendant: Forsyth County Sheriff Department
875 Lanier 400 Pkwy
Cumming, GA 30040



I am filing suit based on the fact that I was not told the reason for my stop, there was no probable cause for the unreasonable search, the search was illegal since I explicitly told the officers that I do no authorize them to search my vehicle and excessive force was used while apprehending me for no reason.

I am seeking monetary relief and restitution for pain and suffering, constitutional rights violations and invasion of privacy.

Erica Taylor   Oct 27, 2014
121 Margie Dr. Apt 106
Warner Robins, GA 31093
478-308-4995

**APPENDIX B**
CERTIFICATE OF SERVICE FORMAT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing __Erica Taylor vs Forsyth Co__
(Name of pleading)

was mailed/delivered to __Forsyth Co Sheriff Dept__ at __875 Lanier 400 Pkwy Sheriff Dept__
(Name of defendant(s) or      (Physical or E-Mail Address)
defendant's attorney)         __Cumming, GA 30040__

__Erica Taylor   Oct 27, 2014__
(Signature and date)

__121 Margie Drive Apt 106__
(Address)
__Warner Robins, GA 31093__
__478-308-4995__
(Phone Number)